UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Samuel L. Edwards,

    Plaintiff,

    v.

Sheriff Dallas Baldwin, *et al.*,

    Defendants.

Case No. 2:22-cv-3488

Judge Michael H. Watson

Magistrate Judge Gentry

### ORDER

On February 9, 2023, the Magistrate Judge issued a Report and Recommendation ("R&R") that recommended the Court dismiss Plaintiff's Complaint with prejudice. R&R 4–5, ECF No. 9. The R&R notified the parties of their right to object to the recommendations contained therein and of the consequences of failing to do so. *Id.* at 5–6.

Plaintiff failed to file timely objections. Thus, the Court **ADOPTS** the recommendation as to dismissal but **MODIFIES** the same and **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint.

**IT IS SO ORDERED.**

                                                        */s/ Michael H. Watson*
                                                     **MICHAEL H. WATSON, JUDGE**
                                                     **UNITED STATES DISTRICT COURT**